**Dismissal and Opinion Filed July 9, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00669-CV**

**SANTANDER CONSUMER USA, INC., Appellant**
**V.**
**TERESA GUYDEN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06861-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justices Lang-Miers, and Evans
Opinion Per Curiam

The Court has before it appellant's June 18, 2013 notice of nonsuit of appeal. We treat

the notice as a motion to dismiss, **GRANT** the motion, and **DISMISS** the appeal. *See* TEX. R.

APP. P. 42.1(a).

PER CURIAM

130669F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SANTANDER CONSUMER USA, INC.,
Appellant

No. 05-13-00669-CV          V.

TERESA GUYDEN, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-06861-C.
Opinion delivered per curiam. Chief Justice
Wright, Justice Lang-Miers and Justice
Evans sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee TERESA GUYDEN recover her costs of this appeal from appellant SANTANDER CONSUMER USA, INC., unless the parties have agreed otherwise.

Judgment entered July 9, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE